IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02142-NYW

NOOSA YOGHURT, LLC,

    Plaintiff,

v.

THE HAIN CELESTIAL GROUP, INC.,

    Defendant.

---

## MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the court on the Unopposed Motion to Vacate Order Setting Initial Case Deadlines and to Reset Initial Case Deadlines (the "Motion"). [#11, filed November 10, 2015].

    IT IS ORDERED the Motion is GRANTED IN PART and DENIED IN PART:

1. To ensure the orderly progress of this case, the Parties shall complete and file the Pilot Program Consent Form indicating either unanimous consent of the Parties or that consent has been declined, on or **November 12, 2015**;

2. Defendant shall file a Response to the Complaint on or before **November 20, 2015**;

3. The Parties shall hold their Rule 26(f) conference by **November 23, 2015**;

4. The Parties shall exchange Rule 26(a)(1) disclosures due on or before **December 7, 2015**;

5. The Parties shall submit their joint proposed scheduling order on or before **December 14, 2015**; and

6. The court shall hold a Fed. R. Civ. P. 16(b) scheduling and planning conference on **December 21, 2015** at **11:00 a.m.** in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Please remember

       that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

DATED: November 10, 2015