**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02142-WJM-NYW

NOOSA YOGHURT, LLC,

    Plaintiff,

v.

THE HAIN CELESTIAL GROUP, INC.,

    Defendant.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

    This matter is before the court on the Joint Motion to Stay Discovery (the "Motion"). [#36, filed April 4, 2016]. The Motion was referred to this Magistrate Judge pursuant to the Order Referring Case dated November 13, 2015 [#15] and the memorandum dated April 5, 2016 [#37].

    The Parties ask the court to order a three-month stay to allow them to continue with settlement negotiations. They represent that if they are unable to settle, they will ask that the stay be lifted and will seek new pre-trial deadlines. In determining whether to stay a matter, courts in this district often consider the following factors: (1) the plaintiff's interest in proceeding expeditiously with the civil action and the potential prejudice to the plaintiff of a delay; (2) the burden on the defendants; (3) the convenience to the court; (4) the interests of persons not parties to the civil litigation; and (5) the public interest. *String Cheese Incident, LLC v. Stylus Shows, Inc.,* No. 1:02–CV–01934–LTB–PA, 2006 WL 894955, at *2 (D. Colo. Mar. 30, 2006). The Parties have not briefed these factors in their Motion. Accordingly,

    IT IS ORDERED the Motion [#36] is GRANTED IN PART and DENIED IN PART:

1. The Parties shall complete fact discovery by **September 19, 2016**;

2. The Parties shall complete expert discovery by **January 18, 2017**;

3. Any dispositive motions shall be filed on or before **February 16, 2017**;

4. The Parties shall designate expert witnesses on or before **October 17, 2016**;

5. The Parties shall designate rebuttal witnesses on or before **November 15, 2016**; and

6. The court shall hold a Final Pretrial Conference on **April 18, 2017** at **9:00 a.m.** in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).  The proposed Pretrial Order is due seven (7) days prior to the Final Pretrial Conference.

DATED: April 14, 2016